## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Health Care Service Corporation

                                          Plaintiff,

v.                                                                Case No.: 1:26–cv–02387
                                                                  Honorable Rebecca R. Pallmeyer

QHCCS LLC

                                          Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 24, 2026:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Defendant's unopposed motion for extension of time to answer [10] is granted. Deadline for Defendant to answer or otherwise respond to Plaintiff's complaint is extended to 4/27/2026. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.