## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| HEALTH CARE SERVICE CORPORATION, a Mutual Legal Reserve Company, doing business in Illinois as BLUE CROSS AND BLUE SHIELD OF ILLINOIS, | ) ) ) ) ) | |
| | ) | Civil Action No. 1:26-cv-2387 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| QHCCS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

### JOINT MOTION TO SUSPEND DEADLINES AND NOTICE OF SETTLEMENT

Plaintiff Health Care Service Corporation, a Mutual Legal Reserve Company, doing business in Illinois as Blue Cross and Blue Shield of Illinois and Defendant QHCCS, LLC ("QHCCS") (together, the "Parties") jointly submit this motion to suspend all responsive pleading and case management deadlines as a result of the settlement reached between them. In support of this Motion, the Parties show the Court as follows:

1. On April 24, 2026, the Parties reached an agreement in principle to settle this case.

2. The Parties will need time to prepare and execute a settlement agreement memorializing their compromise.

3. The Parties anticipate inclusion of language in the settlement agreement calling for the dismissal of this action once certain conditions are satisfied. Once these conditions are satisfied, Plaintiff will thereafter file a voluntary dismissal of this action with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

1

4. QHCCS's deadline to answer or otherwise respond to the Complaint is April 27, 2026. (ECF No. 12). Moreover, the Parties' deadline for Submission of the Report of Planning Meeting is May 20, 2026. (ECF No. 13).

5. To preserve the Court's and the Parties' resources, the Parties respectfully submit that QHCCS's answer and the Report of Planning Meeting are no longer needed. Accordingly, the Parties respectfully request that the Court suspend those requirements and deadlines.

WHEREFORE, the Parties respectfully request that the Court enter an order:

(i) Suspending QHCCS's April 27, 2026 answer deadline;

(ii) Suspending the Parties' May 20, 2026 deadline to submit the Report of Planning Meeting; and

(iii) Awarding such further relief as the Court deems just and proper.

Date: April 24, 2026

**CROWELL & MORNING LLP**

/s/ Thomas C. Hardy (with permission)
Martin J. Bishop
Thomas C. Hardy
300 N. LaSalle St., Ste. 2600
Chicago, IL 60654
mbishop@crowell.com
thardy@crowell.com
(312) 321-4200

Attorneys for Health Care Service
Corporation, a Mutual Legal Reserve
Company doing business in Illinois as Blue
Cross and Blue Shield of Illinois

**BRADLEY ARANT BOULT CUMMINGS LLP**

/s/ Hanna E. Eickmeier
Hanna E. Eickmeier (ARDC #6337117)
214 N. Tryon Street, Suite 3700
Charlotte, NC 28202
Telephone: (704) 338-6000
Facsimile: (704) 332-8858
heickmeier@bradley.com

Attorney for Defendant QHCCS, LLC