**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| HEALTH CARE SERVICE CORPORATION, a Mutual Legal Reserve Company, doing business in Illinois as BLUE CROSS AND BLUE SHIELD OF ILLINOIS, | ) ) ) ) ) | |
| | ) | Civil Action No. 1:26-cv-2387 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| QHCCS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**STATUS REPORT REGARDING SETTLEMENT**

Pursuant to the Court's April 27, 2026 minute entry (ECF No. 15), Plaintiff Health Care Service Corporation, a Mutual Legal Reserve Company, doing business in Illinois as Blue Cross and Blue Shield of Illinois ("Plaintiff") and Defendant QHCCS, LLC (together, the "Parties") jointly submit this Status Report Regarding Settlement and advise the Court as follows:

1. On April 24, 2026, the Parties reached an agreement in principle to settle this case and filed a Joint Motion to Suspend Deadlines and Notice of Settlement (ECF No. 14), which the Court granted (ECF No. 15).

2. The Settlement Agreement was fully executed on May 19, 2026.

3. Pursuant to the Settlement Agreement, the Parties anticipate that Plaintiff will file a Notice of Voluntary Dismissal with Prejudice by no later than June 23, 2026.

*[signatures on following page]*

1

Date: May 22, 2026

| **CROWELL & MORNING LLP** | **BRADLEY ARANT BOULT CUMMINGS LLP** |
|---|---|
| */s/ Tom Hardy (with permission)* | */s/ Hanna E. Eickmeier* |
| Martin J. Bishop | Hanna E. Eickmeier (ARDC #6337117) |
| Thomas C. Hardy | 214 N. Tryon Street, Suite 3700 |
| 300 N. LaSalle St., Ste. 2600 | Charlotte, NC 28202 |
| Chicago, IL 60654 | Telephone: (704) 338-6000 |
| mbishop@crowell.com | Facsimile: (704) 332-8858 |
| thardy@crowell.com | heickmeier@bradley.com |
| (312) 321-4200 | |
| | |
| *Attorneys for Health Care Service Corporation, a Mutual Legal Reserve Company doing business in Illinois as Blue Cross and Blue Shield of Illinois* | *Attorney for Defendant QHCCS, LLC* |

2